UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JORGE L. RUIZ LIMON, | Case No.  2:22-cv-06263-SB-MRW |
| Plaintiff, |  |
| v. | ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION |
| NISSAN NORTH AMERICA, INC, |  |
| Defendant. |  |

On September 9, 2022, Plaintiff filed proof that Defendant Nissan North America, Inc. was served on September 8, 2022.  Dkt. No. 7.  Responsive pleadings were due on September 29.  On September 29, Defendant filed a memorandum in support of a motion to dismiss, which was stricken by Magistrate Judge Rozella A. Oliver on October 5 because no motion was filed.  Dkt. Nos. 8, 9, 10.  More than three weeks have passed, Defendant has not filed an answer or other responsive pleading, and Plaintiff has not sought entry of default or default judgment.[1]  Plaintiff are ordered to show cause, in writing, no later than November 4, 2022, why this action should not be dismissed for lack of prosecution.

The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default under Rule 55(a).  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

Upon receipt of the remedy mentioned above, this Order to Show Cause will be automatically discharged without further order.  Failure to respond to the Order

---

[1] Because Defendant did not submit its statement of consent to proceed before a Magistrate Judge by the deadline, this case was reassigned to this Court on October 26, 2022.  Dkt. No. 13.

1

to Show Cause will result in the dismissal without prejudice of the action in its entirety.

      IT IS SO ORDERED.

Date: October 27, 2022

                                      _____

                                        Hon. Stanley Blumenfeld, Jr.
                                        United States District Judge

2